CATHERINE O'NEILL, Appellant, *v.* CHATHAM PHENIX NATIONAL BANK & TRUST COMPANY, Individually and as Executor and Trustee under the Will of ANDREW STRANGE, Deceased, Respondent.

(Argued April 30, 1935; decided May 21, 1935.)

*Francis X. Dineen* and *John F. Kelly* for appellant.

*Joseph F. Lenihan* and *Frederick Mellor* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: FINCH, J.